1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9   Peter Michael Palmer,                )   No. CV-11-1896-PHX-GMS
                                          )
10              Plaintiff,                )   **ORDER**
                                          )
11  vs.                                   )
                                          )
12  Kenton D.  Jones, in his official capacity )
    as Yavapai County Superior Court      )
13  Judge; Robert M.  Brutinel, in his official )
    capacity of Arizona Supreme Court     )
14  Justice; John Pelander, in his official )
    capacity of Arizona Supreme Court     )
15  Justice; W.  Scott Bales, in his official )
    capacity of Arizona Supreme Court     )
16  Justice; Andrew D.  Hurwitz, in his   )
    official capacity of Arizona Supreme  )
17  Court Justice; Rebecca White Berch, in )
    his official capacity of Arizona Supreme )
18  Court Justice; Unknown Parties, John or )
    Jane Does I-M, in their official capacity )
19  of judicial officer in and for the State of )
    Arizona,                              )
20                                        )
                Defendants.               )
21                                        )
                                          )
22  _____ )

23          Pending before the Court is Plaintiff's Amended Petition for Emergency Temporary

24  Restraining Order, Motion for Preliminary Injunction and Verified Complaint for Injunctive

25  & Declaratory Relief (Doc. 5).  While, to the extent it is necessary, the Court permits the

26  filing of Plaintiff's Amended Petition to the extent it seeks to add claims and make

27  corrections to Plaintiff's original petition, it does not change the basis or the reasoning of this

28  Court's previous order denying Plaintiff's requested Temporary Restraining Order without

1   notice.  To the extent that Plaintiff seeks to restate a request for a Temporary Restraining

2   Order by the filing of the Amended Petition, that request is denied.  Accordingly,

3         **IT IS HEREBY ORDERED** that Plaintiff is allowed to file his Amended Petition,

4   but to the extent that Petition requests an Emergency Temporary Restraining Order, (Doc.

5   5) the request is denied.

6         DATED this 11th day of October, 2011.

7

8   _____

                    G. Murray Snow

9                United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28