IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Michael Palmer,<br><br>    Plaintiff,<br><br>vs.<br><br>Kenton D. Jones, in his official capacity as Yavapai County Superior Court Judge; Robert M. Brutinel, in his official capacity of Arizona Supreme Court Justice; John Pelander, in his official capacity of Arizona Supreme Court Justice; W. Scott Bales, in his official capacity of Arizona Supreme Court Justice; Andrew D. Hurwitz, in his official capacity of Arizona Supreme Court Justice; Rebecca White Berch, in his official capacity of Arizona Supreme Court Justice; Unknown Parties, John or Jane Does I-M, in their official capacity of judicial officer in and for the State of Arizona,<br><br>    Defendants. | No. CV-11-1896-PHX-GMS<br><br>**ORDER** |

Pending before the Court is Plaintiff's Emergency Motion for Reconsideration or Alternatively Motion for Clarification of Judge Snow's Denial of TRO (Doc. 6). For the reasons already stated in the Court's Order (Doc. 4), the motions will be denied. Accordingly,

/ / /

/ / /

1   **IT IS HEREBY ORDERED** denying the Motions (Doc. 6).

2   DATED this 17th day of October, 2011.

*A. Murray Snow*
/G. Murray Snow
United States District Judge