P. "Mike" Palmer
18402 N. 19th Ave., #109
Phoenix, AZ 85023
602-513-3738 (cell)
Pro Se

```
             FILED      LODGED
             RECEIVED   COPY

             OCT 2 1 2011

          CLERK U S DISTRICT COURT
             DISTRICT OF ARIZONA
          BY                S  DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PETER MICHAEL PALMER,<br><br>Plaintiff<br><br>vs.<br><br><br><br>KENTON D. JONES, et al.<br><br>Defendants | 11-CV-1896-PHX-GMS<br><br>**NOTICE OF EMERGENCY INTERLOCUTORY APPEAL**<br><br>(Title 42 U.S.C. §1983) |

Notice is hereby given that Plaintiff, Peter Michael Palmer, appeals to the United States Court of Appeals for the Ninth Circuit for relief from Judge Snow's Order (Doc. 8.1) denying Plaintiff's Emergency Motion for Reconsideration, the latter which challenged Judge Snow's denial of plaintiff's petition for an Emergency Temporary Injunction.

SUBMITTED this 21 day of October, 2011

By: /s/ Mike Palmer
P. Michael Palmer
18402 N. 19th Ave., #109
Phoenix, AZ 85023
602-513-3738

**Certificate of Service:**

Copies of the foregoing mailed via U.S. Mail on October 21, 2011 to:

Judge KENTON D. JONES
120 S. Cortez St., Rm 203
Prescott, AZ 86303


Justice ROBERT M. BRUTINEL,
Justice JOHN PELANDER,
Justice W. SCOTT BALES,
Vice Chief Justice ANDREW D. HURWITZ,
Chief Justice REBECCA WHITE BERCH,

via Marcie Kanefield, authorized agent, at

1501 W. Washington St.
Phoenix, AZ 85007