IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Peter Michael Palmer, | ) | No. CV-11-1896-PHX-GMS |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Kenton d. Jones, in his official capacity as | ) | |
| Yavapai County Superior Court Judge, et | ) | |
| al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Referral Notice from the Ninth Circuit Court of Appeals (Doc. 3) and for the reasons stated in this Court's Orders of October 3, October 11 and October 17, 2011 (Docs. 4, 7-8),

**IT IS ORDERED** that in forma pauperis status is revoked for appeal purposes.

DATED this 27th day of October, 2011.

G. Murray Snow
United States District Judge