1  P. "Mike" Palmer
   18402 N. 19th Ave., #109
2  Phoenix, AZ 85023
   602-513-3738 (cell)
3  Pro Se

```
FILED ___ LODGED
RECEIVED ___ COPY

NOV 2 3 2011

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Z- DEPUTY
```

4

5          IN THE UNITED STATES DISTRICT COURT

6          IN AND FOR THE DISTRICT OF ARIZONA

7  PETER MICHAEL PALMER,

8                    Plaintiff                    **11-CV-1896-PHX-GMS**

9       vs.                                      **PLAINTIFF'S
                                                 NOTICE OF ERRATA
10                                               CORRECTING DOC. 6**

11                                               (Title 42 U.S.C. §1983)

12  KENTON D. JONES, et al.

13                    Defendants

14

15        Pro se plaintiff just noticed that Exhibit C in plaintiff's Emergency Motion to

16  Reconsider (Doc. 6) does not appear in the clerk's scanned image of the document. The

17  cover page for the exhibit appears, but not the exhibit itself. (It appears in my copy, and I

18  hope the judge's and defendants' copy.)

19        The exhibit is titled "Notice to Sheriff of Brady Disqualification," dated 4-9-09,

20  and is attached herein. The federal court's CM/ECF website suggests one then "re-file

21  the document(s) as 'Amended' or 'Corrected.'" I ask the Court for guidance as to what is

22  preferred in this instance of a missing page.

23

24  SUBMITTED this 23 day of November, 2011

25                                    By: _P. Michael Palmer (signature)_

26                                    P. Michael Palmer
                                      18402 N. 19th Ave., #109
27                                    Phoenix, AZ 85023
                                      602-513-3738

28

1

2

3  **Certificate of Service:**

4  Copies of the foregoing mailed via
   U.S. Mail on November 23 2011 to:

5

6

7  Pamela J. Linnins
   1275 W. Washington
   Phoenix, AZ 85007

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COURTS OF ARIZONA – PRESCOTT JUSTICE COURT – 120 S CORTEZ, ROOM 103**

**PRESCOTT, AZ 86301 – (928) 771-3300**

| *Melody Bodine* | *Case No. 8008 1217* | NOTICE TO SHERIFF |
|---|---|---|
| Plaintiff | | OF |
| | Court No., NCIC  AZ013063J | BRADY |
| Date of Birth | | DISQUALIFICATION |
| -vs-  *Peter Michael Palmer* | Court No., DPS  1303 | |
| Defendant | | |

Notice is hereby given to the Sheriff of this County that the Order of Protection ("protection order") issued in the above-referenced case on (date) _____12-17-08_____ meets the criteria established in the Violent Crime Control and Law Enforcement Act of 1994 (18 U.S.C. §§ 922(d) and (g)) and should be assigned a positive Brady Record Indicator in the Protection Order File of the National Crime Information Center database.

The Defendant is disqualified from purchasing or possessing a firearm or ammunition based upon the following:

1.   The protection order was issued or affirmed after a hearing of which the Defendant received actual notice and at which the Defendant had an opportunity to participate.

2.   The Defendant is a person subject to a protection order that restrains such person from harassing, stalking, or threatening an intimate partner of such person or child of such intimate partner or person, or engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to the partner or child. As defined in 18 U.S.C. § 921(a), "intimate partner" means with respect to a person, the spouse of a person, a former spouse of the person, an individual who is a parent of a child of the person, and an individual who cohabitates or has cohabited with the person.

3.   The protection order includes a finding that the Defendant represents a credible threat to the physical safety of such intimate partner or child; or by its terms explicitly prohibits the use, attempted use, or threatened use of physical force against such intimate partner or child that would reasonably be expected to cause bodily injury.

The protection order issued by this Court remains in full force and effect and was not modified at the hearing held.

_____*Mark E. Hammon*_____      _4-9-09_
Judicial Officer                                        Date

*faxed + Iam yeso 4-9-09   10:40 A*

Effective: August 2001                                    Page 1 of 1