Thomas C. Horne
Attorney General
(Firm State Bar No. 14000)

Pamela J. Linnins
Assistant Attorney General
State Bar No. 019941
1275 W. Washington
Phoenix, Arizona 85007-2997
Telephone: (602) 364-1523
Facsimile: (602) 542-4385
Pamela.Linnins@azag.gov
adminlaw@azag.gov
Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PETER MICHAEL PALMER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KENTON D. JONES, in his official capacity as Yavapai County Superior Court Judge; ROBERT M. BRUTINEL, in his official capacity of Arizona Supreme Court Justice; JOHN PELANDER, in his official capacity of Arizona Supreme Court Justice; W. SCOTT BALES, in his official capacity of Arizona Supreme Court Justice; ANDREW D. HURWITZ, in his official capacity of Arizona Supreme Court Vice Chief Justice; REBECCA WHITE BERCH, in her official capacity of Arizona Supreme Court Justice; John or Jane Does, in their official capacity of judicial officer in and for the State of Arizona<br><br>Defendants. | **Case No: 11-CV-1896-PHX-GMS**<br><br>**DEFENDANT'S RESPONSE TO MOTION TO THE HONORABLE G. MURRAY SNOW** |

Defendants, by undersigned counsel, hereby files their Response To

1

Plaintiff's Motion to Disqualify Judge Snow. It is the Defendants' belief that the Motion to Disqualify Judge Snow does not require a response. However, undersigned counsel stands ready to respond if this Court so directs.

RESPECTFULLY SUBMITTED this 5th day of December, 2011.

> THOMAS C. HORNE
> Attorney General
>
> s/ Pamela J. Linnins
> Pamela J. Linnins
> Assistant Attorney General
> Attorneys for Defendant

**CERTIFICATE OF SERVICE**

_X_ I hereby certify that on December 5, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

_X_ I hereby certify that on December 5, 2011, I caused the attached document to be delivered to the Honorable G. Murray Snow.

_X_ I hereby certify that on December 5, 2011, I caused the attached document to be served by first class mail to:

P. Mike Palmer
18402 N. 19th Avenue #109
Phoenix, AZ  85023
602-513-3738
Pro Se

2491041