1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                      FOR THE DISTRICT OF ARIZONA

8

9   Peter Michael Palmer,              )    No. CV-11-1896-PHX-GMS
                                        )
10                                      )    **ORDER**
                  Plaintiff,            )
11                                      )
    vs.                                 )
12                                      )
    Kenton D. Jones, in his official capacity as)
13  Yavapai County Superior Court Judge, et)
    al.,                                )
14                                      )
                  Defendants.           )
15  _____)

16

17        Pending before the Court is Plaintiff's Expedited Motion for Disqualification of Judge

18  Snow (Doc. 25).  After consideration and out of an abundance of caution pertaining only to

19  the facts of this case,

20        **IT IS HEREBY ORDERED** granting the Motion.

21        **IT IS FURTHER ORDERED** that this case be reassigned, by lot, to another Judge

22  in the District of Arizona.

23        **IT IS FURTHER ORDERED** that this matter has been reassigned by random lot to

24  the Honorable James A. Teilborg.  All future pleadings and papers submitted for filing shall

25  bear the following complete case number: CV-11-1896-PHX-JAT.

26        DATED this 15th day of December, 2011.

27

28
                        _____
                        G. Murray Snow
                        United States District Judge