1   **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                         FOR THE DISTRICT OF ARIZONA

8

9   Peter Michael Palmer,                    )   No. CV 11-1896-PHX-JAT
                                             )
10              Plaintiff,                    )   **ORDER**
                                             )
11  vs.                                      )
                                             )
12                                           )
    Honorable Kenton D. Jones; Honorable)
13  Robert M. Brutinel; Honorable John)
    Pelander; Honorable W. Scott Bales;)
14  Honorable Andrew D. Hurwitz; Honorable)
    Rebecca White Berch,                     )
15                                           )
                Defendants.                   )
16                                           )
                                             )
17 ─────────────────────────────────────────)

18          Pending before the Court are: 1) Plaintiff's motion to disqualify the attorney general's

19  office from representing Defendants based on an alleged conflict of interest, 2) Defendants'

20  motion to dismiss based on judicial immunity, and 3) Plaintiff's request for a temporary

21  restraining order and preliminary injunction as outlined in his complaint and amended

22  complaint.  The Court now rules as follows.

23          **IT IS ORDERED** that, for the reasons stated in the response (Doc. 29),[1] the motion

24  to disqualify the attorney general's office (Doc. 23) is denied.

25          **IT IS FURTHER ORDERED** that, for the reasons stated in the motion to dismiss

26

27          [1] Specifically, assuming for purposes of this Order only that the attorney general's
    office has a conflict of interest with its clients (the Defendants), Plaintiff does not have
28  standing to raise such a conflict. *See* Doc. 29 at 3-5.

1    (Doc. 18),[2] the motion is granted; this case is dismissed, with prejudice, and the Clerk of the

2    Court shall enter judgment accordingly.

3          **IT IS FINALLY ORDERED** that because this case is dismissed, Plaintiff's requests

4    for injunctive relief (part of Doc. 5) are denied.

5          DATED this 16th day of December, 2011.

6

7

8                                              James A. Teilborg
                                               United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26          [2] Specifically, Defendants are all immune from suit for their judicial decisions based

27    on judicial immunity (*see* Doc. 18 at 4-6).  Defendants are all sued in their official capacities,
      based on their actions taken as judicial officers and, therefore, are all entitled to dismissal

28    based on judicial immunity.