P. "Mike" Palmer
18402 N. 19th Ave., #109
Phoenix, AZ 85023
602-513-3738 (cell)

Pro Se

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PETER MICHAEL PALMER,<br><br>Plaintiff,<br><br>vs.<br><br><br><br>KENTON D. JONES, et al.,<br><br>Defendants. | 11-CV-1896-PHX-JAT<br><br>**NOTICE OF<br>EMERGENCY APPEAL**<br><br>(Title 42 U.S.C. §1983) |

For the reasons stated in the preface of Doc. 31, plaintiff files this Notice under protest. (I do not condone the appearance of the Attorney General for defendants.)

Notice is hereby given that Plaintiff, Peter Michael Palmer, appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's ruling in this action (Doc. 35-1) denying Plaintiff's Emergency Motion to Disqualify the Attorney General; granting Defendants' motion to dismiss Plaintiff's Emergency Motion for Preliminary Injunction & Complaint; and the denial of a subsequent permanent injunctive relief & remedies sought.

DATED this 19 day of December, 2011

By: _____
P. Michael Palmer
Pro se

1

2  **Certificate of Service:**

3  Copies of the foregoing mailed via
   U.S. Mail on December ___19___, 2011 to:
4

5

6  Pamela J. Linnins
   1275 W. Washington
   Phoenix, AZ 85007
7