IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Michael Palmer,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Honorable Kenton D. Jones; Honorable Robert M. Brutinel; Honorable John Pelander; Honorable W. Scott Bales; Honorable Andrew D. Hurwitz; Honorable Rebecca White Berch,<br><br>　　　　Defendants. | No. CV 11-1896-PHX-JAT<br><br>**ORDER** |

Pursuant to the referral from the Court of Appeals (Doc. 40),

**IT IS ORDERED** revoking Plaintiff's in forma pauperis status on appeal because the appeal is frivolous.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward a copy of this Order to the Court of Appeals.

DATED this 4th day of January, 2012.

James A. Teilborg
United States District Judge