2:11-CV-1896-JAT

```
✓ FILED      ___ LODGED
___ RECEIVED ___ COPY

     JAN 0 6 2012

  CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
BY _____ Z DEPUTY
```

Appeal Fee

```
Court Name: United States District Court
Division: 2
Receipt Number: PHX117499
Cashier ID: lbrewste
Transaction Date: 01/06/2012
Payer Name: PETER PALMER
---------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: PETER PALMER
 Case/Party: D-AZX-2-11-CV-001896-001
 Amount:      $455.00
---------------------------------------
CASH
 Amt Tendered: $460.00
---------------------------------------
Total Due:      $455.00
Total Tendered: $460.00
Change Amt:     $5.00


A fee of $45 will be assessed on
all returned remittances.
```